UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 15-9267 FMO (FFMx) | Date | September 19, 2016 |
|---|---|---|---|
| Title | Greg Young Publishing, Inc. v. Jean-Luc Desreumaux | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Sanctions

     Pursuant to the Court's Order of March 17, 2016, the parties were required to complete a settlement conference before the assigned magistrate judge no later than September 15, 2016. (See Dkt. 18, Court's Order of March 17, 2016, at 18).  If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement.  (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete.  (See id. at 18-19).

     As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT counsel for the parties shall show cause in writing, no later than **September 23, 2016**, why sanctions should not be imposed for failure to comply with the court's orders.  **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions.**

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |